EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Lorenzo Muñoz Franco | 2005 TSPR 25<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-3138

Fecha: 18 de febrero de 2005

Oficina del Procurador General:

                        Lcda. Noemí Rivera de León
                        Procuradora General Auxiliar

Abogados del Querellado:

                        Lcdo. Rafael A. García López
                        Lcdo. Harry Anduze Montaño

Materia: Conducta Profesional
        (La suspensión será efectiva el 9 de marzo de 2005 fecha
        en que se le notificó al abogado de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lorenzo Muñoz Franco

TS-3138

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de febrero de 2005.

En atención a la querella presentada por la Oficina del Procurador General de Puerto Rico el 17 de noviembre de 2004, el 10 de diciembre de 2004, emitimos una Resolución, mediante la cual le concedimos término al Lcdo. Lorenzo Muñoz Franco para que mostrara causa por la cual no debíamos suspenderlo del ejercicio de la abogacía.

Oportunamente, el licenciado Muñoz Franco sometió una Moción en Cumplimiento de Orden y Contestación a la Querella presentada por la Oficina del Procurador General.

A la luz de la totalidad de los documentos que forman el expediente, se suspende inmediata y provisionalmente al Lcdo. Lorenzo Muñoz Franco del ejercicio de la profesión de abogado y de la notaría, hasta que otra cosa disponga este Tribunal.

Se le impone al señor Muñoz Franco el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, de devolverle cualesquiera honorarios recibidos por trabajos no realizados e informarle oportunamente de su suspensión a los distintos foros judiciales y

Administrativos del país. También deberá certificarnos dentro del término de treinta (30) días, contados a partir de la notificación de esta Resolución, el cumplimiento de estos deberes, notificando también al Procurador General. Además, le ordenamos que mantenga informado a este Tribunal del resultado de los procedimientos ante el Tribunal de Apelaciones de los Estados Unidos para el Primer Circuito.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido, debiendo entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Corrada del Río no intervino y el Juez Asociado señor Rivera Pérez no interviene.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo